**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62046-CIV-SMITH**

EDHER ALBERTO QUIROZ,

Plaintiff,

v.

TODD BLANCHE, *et al*.,

Defendants.
_____________________________________________/

**FINAL ORDER OF DISMISSAL**

This cause is before the Court upon Respondents' Motion to Dismiss for Mootness [DE 7], indicating that Petitioner received a bond hearing and was subsequently released. Upon consideration, it is

**ORDERED** that:

1. The Motion to Dismiss for Mootness [DE 7] is **GRANTED.**
2. This case is **DISMISSED**. The parties shall bear their own attorney's fees and costs.
3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of August, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record